IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCOTT CHINITZ, Derivatively on behalf of Flotek Industries, Inc., <br><br> Plaintiff, <br><br> v. <br><br> JOHN W. CHISHOLM *ET AL.*, , <br><br> Defendants, and <br><br> Flotek Industries, Inc., <br><br> Nominal Defendant. | § § § § § § § § § § § § § § § Civil Action No. 4:16-cv-0158 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Scott Chinitz ("Plaintiff") hereby voluntarily dismisses his action, *Chinitz v. Chisholm, et al.*, No. 16-cv-0158 (the "Action"), brought before the United States District Court for the Southern District of Texas, without prejudice, as to all defendants and with each side to bear its own costs in connection with the Action. As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss Plaintiff's action. Moreover, neither Plaintiff nor Plaintiff's counsel has received any remuneration in connection with the proposed dismissal of this action.

Dated: June 18, 2019                                           Respectfully submitted,

/s/ John H. McFarland
Federal ID No. 19423
Texas State Bar No. 00794270
JOYCE + McFARLAND LLP

1

712 Main, Suite 1500 (East)
Houston, TX 77002
Tel: (713) 222-1114
Fax: (713) 513-5577
jmcfarland@jmlawyers.com

*Liaison Counsel for Plaintiff*

J. Brandon Walker
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5858

Michael J. Hynes
Ligaya T. Hernandez
HYNES KELLER & HERNANDEZ, LLC
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Tel: (610) 994-0292

*Counsel for Plaintiff*